WILLIAM H. BLACKWELL, APPELLANT, v. CIVIL SERVICE COMMISSION OF NEW JERSEY ET AL., RESPONDENTS.

Argued October 21, 1943—Decided January 27, 1944.

For the appellant, *Seymour D. Kaplan*.

For the respondents, *David T. Wilentz*, Attorney-General.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Donges in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BODINE, PORTER, COLIE, DEAR, WELLS, RAFFERTY, THOMPSON, DILL, JJ. 11.

*For reversal*—None.